■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLUMBUS SMILEY, Appellant. [796 NYS2d 251]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered May 24, 2004, convicting him of unlawful imprisonment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Florio, J.P., Krausman, Crane, Rivera and Fisher, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL STORMS, Appellant. [796 NYS2d 250]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order on this Court dated December 22, 2003 (*People v Storms*, 2 AD3d 757 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered March 7, 2002.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., H. Miller, Adams and S. Miller, JJ., concur.